1  Michael W. Armstrong (SBN 87799)
   NOLAN, ARMSTRONG & BARTON LLP
2  600 University Avenue
   Palo Alto, California 94301
3  650/326-2980 – Telephone
   650/326-9704 – Facsimile
4  marmstrong@nablaw.com

5  Counsel for Defendant
   Yvonne Chavez
6

7                UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9                     SAN JOSE DIVISION

10

11
   UNITED STATES OF AMERICA,        ) Case No. CR 11-00549 EJD
12                                  )         No. CR 11-00561 EJD
             Plaintiff,             )
13                                  ) **STIPULATION AND [PROPOSED]**
        vs.                         ) **ORDER CONTINUING SENTENCING**
14                                  ) **HEARING**
   YVONNE LEAH CHAVEZ, ET AL.       )
15                                  )
             Defendants.            )
16                                  )
   _____)
17
                         **STIPULATION**
18
        Defendant Yvonne Leah Chavez, by and through her attorney Michael W. Armstrong,
19
   and the United States, by and through Assistant United States Attorney Thomas O'Connell,
20
   hereby agree and stipulate to continue the sentencing hearing now scheduled for October 1,
21
   2012, at 1:30 p.m., to November 5, 2012, at 1:30 p.m. before the Honorable Edward J. Davila.
22
        The parties so stipulate and request this extension because the probation officer,
23
   Benjamin Flores, needs more time in which to prepare his presentence report in this matter.
24
   Once provided with Mr. Flores' report, both parties will need adequate time in which to review
25
   the report and make their objections and changes if necessary.

---

*U.S. v. Yvonne Chavez, et al*. Case Nos. CR 11-00549 CR 11-00561 EJD
Stipulation and Proposed Order Continuing Sentencing Hearing

1  The parties agree that the time between October 1, 2012 through November 5, 2012 is
2  properly excluded pursuant to the Speedy Trial Act, Title 18 United States Code, sections
3  3161(h)(7)(A) and 3161(h)(7)(B)(iv) in the interests of justice.
4  IT IS SO STIPULATED.

5

6  Date: September 19, 2012                          /S/
                                         _____
                                         Michael W. Armstrong
7                                        Attorney for Defendant YVONNE CHAVEZ

8  Date: September 19, 2012                          /S/
                                         _____
9                                        Thomas M. O'Connell
                                         Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

---

*U.S. v. Yvonne Chavez, et al*. Case Nos. CR 11-00549 CR 11-00561 EJD
Stipulation and Proposed Order Continuing Sentencing Hearing

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the sentencing hearing currently set for October 1, 2012, is continued to November 5, 2012, at 1:30 p.m.  For the reasons stated above, the Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(8)(7)(iv).  Accordingly, time shall be excluded from October 1, 2012 November 5, 2012.

IT IS SO ORDERED.

Date:   September 20, 2012

_____
Hon. Edward J. Davila
United States District Judge

---

*U.S. v. Yvonne Chavez, et al*. Case Nos. CR 11-00549 CR 11-00561 EJD
Stipulation and Proposed Order Continuing Sentencing Hearing