Michael W. Armstrong (SBN 87799)
NOLAN, ARMSTRONG & BARTON, LLP
600 University Avenue
Palo Alto, California 94301
650/326-2980 – Telephone
650/326-9704 – Facsimile
marmstrong@nablaw.com

Counsel for Defendant
Yvonne Chavez

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>YVONNE LEAH CHAVEZ, ET AL.<br><br>　　　　Defendants. | Case No. CR 11-00549 EJD<br>　　　No. CR 11-00561 EJD<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING SENTENCING<br>HEARING** |

**STIPULATION**

Defendant Yvonne Leah Chavez, by and through her attorney Michael W. Armstrong, and the United States, by and through Assistant United States Attorney Thomas O'Connell, hereby agree and stipulate to continue the sentencing hearing now scheduled for January 14, 2013, at 1:30 p.m., to February 25, 2013, at 1:30 p.m. before the Honorable Edward J. Davila.

Defense counsel, Michael Armstrong, is anticipating starting a felony child molestation jury trial in the Redwood City Superior Court on January 14, 2013, and the trial is expected to last a couple of weeks. For this reason, Mr. Armstrong will be unavailable on January 14, 2013, and after consultation with counsel for the government and Probation Officer Benjamin Flores,

---

1  it has been agreed that the next convenient date for all parties involved is February 25, 2013.

2  The parties agree that the time from January 14, 2013 through February 25, 2013 is
3  properly excluded pursuant to the Speedy Trial Act, Title 18 United States Code, sections
4  3161(h)(7)(A) and 3161(h)(7)(B)(iv) in the interests of justice.

5  IT IS SO STIPULATED.

6

7  Date:   January 8, 2013                              _____/S/_____
                                                        Michael W. Armstrong
8                                                       Attorney for Defendant YVONNE CHAVEZ

9

10 Date:   January 8, 2013                              _____/S/_____
                                                        Thomas M. O'Connell
11                                                      Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

---

*U.S. v. Yvonne Chavez, et al.* Case Nos. CR 11-00549 CR 11-00561 EJD
Stipulation and Proposed Order Continuing Sentencing Hearing

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the sentencing hearing currently set for January 14, 2013, is continued to February 25, 2013, at 1:30 p.m.  For the reasons stated above, the Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(8)(7)(iv).  Accordingly, time shall be excluded from January 14, 2013 through February 25, 2013.

IT IS SO ORDERED.

Date:  1/10/2013

                                  Hon. Edward J. Davila
                                  United States District Judge

---

*U.S. v. Yvonne Chavez, et al*. Case Nos. CR 11-00549 CR 11-00561 EJD
Stipulation and Proposed Order Continuing Sentencing Hearing